**JACKSON v. JONES**

[325 N.C. 543 (1989)]

EUNICE J. JACKSON v. SHADRACH JONES

No. 180A89

(Filed 9 November 1989)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, 93 N.C. App. 513, 379 S.E.2d 112 (1989), finding no error in a judgment entered by *Brown, J.*, at the 16 May 1988 Session of Superior Court, HALIFAX County. Heard in the Supreme Court on 9 October 1989.

*Brenton D. Adams for plaintiff-appellant.*

*James, Godwin, Wellman & Stephenson, by A. S. Godwin, Jr., for defendant-appellee.*

PER CURIAM.

We conclude, as did the dissenting opinion in the Court of Appeals, that the evidence was insufficient to support a finding of contributory negligence. The Court of Appeals' decision to the contrary is reversed and the case is remanded to that court for further remand to Superior Court, Halifax County. We also conclude, in our discretion, that a new trial should be conducted on all issues. *See Robertson v. Stanley*, 285 N.C. 561, 206 S.E.2d 190 (1974).

Reversed and remanded.